FILED

2009 Jun-05  PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL NO. 4:09-CV-690-VEH** |
| | ) |
| **GLORIA A. CARTER, a/k/a** | ) |
| **GLORIA ANNETTE ANSLEY,** | ) |
| | ) |
| **Defendant.** | ) |

---

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.   The Summons and Complaint were served upon Defendant on April 26, 2009; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

## COUNT I

3.   Defendant is indebted to Plaintiff in the principal sum of $2,780.65, court

costs of $350.00 pursuant to 28 U.S.C. § 2412(a) (2), accrued interest of $2,855.18

through June 1, 2009 at the rate of 8 percent per annum until date of judgment, plus

interest from the date of judgment at the prevailing legal rate per annum,

administrative charges of $.00, and costs of Process Service $55.00. Interest accrues

on the principal amount in Count I at the rate of $.061 per day.

4.   As to Count I, Plaintiff is due to recover from Defendant the total sum of

$6,040.83,  plus interest from June 1, 2009, until date of judgment at the rate of 8

percent per annum, and interest thereafter at the prevailing legal rate per annum until

paid in full.  Interest accrues on the principal amount of Count I at the rate of $0.61

per day.

## COUNT II

5.   Defendant is indebted to Plaintiff in the principal sum of $1,610.63, accrued

interest of $1,352.16 through June 1, 2009 at the rate of 5.82 percent per annum until

date of judgment, plus interest from the date of judgment at the prevailing legal rate

per annum, and administrative charges of $.00.  Court Costs of $350.00 pursuant to

28 U.S.C. § 2412(a)(2), and costs of Process Service of $55.00 are charged to Count

I.

6.   As to Count II, Plaintiff is due to recover from Defendant the total sum of

$2,962.79, plus interest from June 1, 2009, until date of Judgment at the rate of 5.82

percent per annum and interest thereafter at the prevailing legal rate per annum until

paid in full. Interest accrues on the principal amount of Count II at the rate of $0.26 per day.

7. Plaintiff is due to recover from Defendant combined total principal amount of $4,391.28, combined interest to June 1, 2009 of $4,207.34, court costs of $350.00 and costs of Process Service of $55.00 for a total amount due of $9,003.62, plus interest from June 1, 2009 until the date of judgment at the rate of 8 percent per annum as to Count I, and at the rate of 5.82 percent per annum as to Count II. Interest shall accrue on the judgment at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

**DONE** this the 5th day of June, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge